Name **John Mahler**
**8705 Prairie Hill Dr.**
**Las Vegas NV 89134**

~~Prison Number~~

RECEIVED
SERVED ON
FILED
ENTERED
COUNSEL/PARTIES OF RECORD

DEC - 6

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

DEPUTY

BY:

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

**John Mahler**,
Plaintiff,

vs.

**Barbara Bielecki**,
**Katie Johnson**,
**STATE of NEVADA**,
**Employment Security**,
**Division**,
Defendant(s).

**Doe's 1-10**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## 2:16-cv-02810-APG-VCF

CA

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**

## A. JURISDICTION

1)     This complaint alleges that the civil rights of Plaintiff, **John Mahler**
(Print Plaintiff's name)

who presently resides at **8705 Prairie Hill Dr.  Las Vegas NV 89134**, were

violated by the actions of the below named individuals which were directed against
**STATE OF NEVADA, EMPLOYMENT SECURITY DIVISION**
Plaintiff at **2800 E. St. Louis Ave.** on the following dates
(institution/city where violation occurred)
**Las Vegas NV 89104**
**Due Process of, right to contract** and _____.
(Count I)          (Count II)          (Count III)
**Law**

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _BARBARA BIELECKI_ resides at _____,
           (full name of first defendant)           (address if first defendant)
and is employed as _APPEALS REFEREE_ . This defendant is sued in his/her
           (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
acting

    under color of law: _She ruled against plaintiff without
having any firsthand witness testify, thus depriving
Plaintiff of his 5th & right to confront the witness against him._
                        amendment

3) Defendant _KATIE JOHNSON_ resides at _____,
           (full name of first defendant)           (address if first defendant)
and is employed as _Chairwoman of Board of REVIEW_ . This defendant is sued in his/her
           (defendant's position and title, if any)
_✓_ individual _✓_ official capacity. (Check one or both). Explain how this defendant was
acting

    under color of law: _failed to act when this due process
violation was brought to her attention. She had a duty to act._

4) Defendant _____ resides at _____,
           (full name of first defendant)           (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
           (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting

    under color of law: _____

5) Defendant _____ resides at _____,
           (full name of first defendant)           (address if first defendant)
and is employed as _____ . This defendant is sued in his/her
           (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting

    under color of law: _____

6) Defendant _____ resides at _____,
           (full name of first defendant)          (address if first defendant)
  and is employed as _____ . This defendant is sued in his/her
           (defendant's position and title, if any)
  ___ individual ____ official capacity. (Check one or both). Explain how this defendant was acting

  under color of law: _____

_____

And Does I to 10

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

This case stems from a Appeals Referee Hearing of an unemployment insurance claim.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: Right of Confrontation and Due Process of Law guaranteed by the 5th and 14th amendments to the U.S. Constitution.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Barbara Bielechi ruled against plaintiff without allowing plaintiff to confront and cross examine any first-hand material fact witness at the Appeals Referee Hearing.

Plaintiff appealed Referee Bielechis ruling to the Boards Board of Review, but too. The Board of Review denied plaintiffs appeal cases without any comment. Plaintiff reserved this constitutional violation in his appeal to the Board of Review.

4

## COUNT II

The following civil rights has been violated: _____

_____

_____

      Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## COUNT III

The following civil rights has been violated: _____

_____

_____

      Supporting Facts: [Include all fact you consider important.  State the facts clearly,
in your own words, and without citing legal authority or argument.  Be sure you
describe exactly what each specific defendant (by name) did to violate your rights].

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action?  ____ Yes  ✓ No.  If your answer is "Yes", describe each
lawsuit.  (If more than one, describe the others on an additional page following the below

outline).

a)     Defendants: _____

b)     Name of court and docket number: _____

c)     Disposition (for example, was the case dismissed , appealed or is it still pending?):

              _____

d)     Issues raised: _____

              _____

              _____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

2)     Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)     The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)     Issues raised: _____

              _____

e)     Approximate date it was filed: _____

f)     Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)     Defendants: _____.

b)     Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

         _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____ .

b)      Name of court and case number: _____ .

c)      The case was dismissed because it was found to be (check one): _____ frivolous \_\_\_\_ malicious or \_\_\_\_ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

         _____

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

3)      Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ✓ Yes \_\_\_ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) \_\_\_ disciplinary hearing; (2) \_\_\_ state or federal court decision; (3) \_\_\_ state or federal law or regulation; (4) \_\_\_\_ parole board decision; or (5) \_\_\_ other _____ .

If your answer is "Yes", provide the following information. Grievance Number _____ .

Date and institution where grievance was filed _____ .

Response to grievance: _____

_____

_____

---------------------

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

$250,000.00 per 18 USC 3571

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury.  **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**  See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          _____
(Name of Person who prepared or helped          (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

12-6-2016
(Date)

- - - - - - - - - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued)