# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MAHLER, | Case No. 2:16-cv-02810-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| BARBARA BIELECKI, et al., | (ECF No. 10) |
| Defendants. | |

The defendants filed a motion to dismiss this case for lack of jurisdiction and because the plaintiff's claims are time-barred. ECF No. 10. The plaintiff has not opposed that motion. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d). Moreover, the defendants' motion is substantively meritorious.

IT IS THEREFORE ORDERED that defendants' motion to dismiss **(ECF No. 10) is GRANTED.** The clerk of court shall enter judgment accordingly and close this case.

DATED this 2nd day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE